## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV9571                  Purchased/Filed: October 26, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*     Plaintiff

against

*Cristal Concrete Corp.*     Defendant

---

STATE OF NEW YORK     SS.:
COUNTY OF ALBANY

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ November 8, 2007 _____, at _____ 2:00 pm _____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on

_____ Cristal Concrete Corp. _____, the Defendant in this action, by delivering to and leaving with _____ Chad Matice _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___28___ Approx. Wt: ___200___ Approx. Ht: ___6'0"___
Color of skin: ___White___ Hair color: ___Brown___ Sex: ___M___ Other: _____

Sworn to before me on this

___13th___ day of _____ November, 2007 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0709370

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**