STATE OF NEW YORK      )
                                            :SS.:
COUNTY OF NEW YORK   )

IAN K. HENDERSON, being duly sworn, deposes and says:  I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.  On the 9th day of January, 2008, I served plaintiffs' **NOTICE OF MOTION and SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:    Cristal Concrete Corp.
        1026 Main Street
        Holbrook, NY 11741

IAN K. HENDERSON

Sworn to before me this
9th day of January, 2008

NOTARY PUBLIC
        NICHOLAS HANLON
    Notary Public, State of New York
        No. 02HA6167368
    Qualified in Westchester County
Commission Expires May 29, 2011